*ORIGINAL*
JUL -8 1998

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT GUNN and LISA GUNN | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 395:CV2831-AH |
| | § | |
| OLEN MANNING, | § | ENTERED ON DOCKET |
| Defendant. | § | JUL -8 1998 PURSUANT |
| | | TO F.R.C.P. RULES |
| | | 58 AND 79a |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED Plaintiffs' Motion to Dismiss with Prejudice in the above-entitled and numbered cause of action, and this Court, having been fully advised in the premises, now finds that all matters in dispute and things in controversy between the parties herein have been fully and finally compromised and settled, and that Plaintiffs' Motion should be, and is hereby, GRANTED.

IT IS, THEREFORE, NOW ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause be, and the same hereby is, dismissed with prejudice to the right of Plaintiffs to refile the same or any part thereof.

All costs of court are taxed against the respective parties incurring same so that each party shall bear their own costs.

IT IS SO ORDERED.

SIGNED this _7th_ day of _July_, 1998.

_[signature]_
U.S. MAGISTRATE JUDGE

35

AGREED ORDER OF DISMISSAL WITH PREJUDICE                                   PAGE 1
DOC # 182508

APPROVED AS TO FORM AND CONTENT:

By: _____
Douglas R. Larson
State Bar No. 11958000
410 West Main St., #101
Mesquite, TX 75149
Telephone: (972) 320-0160
Telefax: (972) 329-6150
**COUNSEL FOR PLAINTIFFS**

By: _____
DARRELL G-M NOGA
State Bar No. 00785326
Founders Square
900 Jackson Street, Suite 100
Telephone: (214) 712-9500
Telecopier: (214) 712-9540
**COUNSEL FOR DEFENDANT OLEN MANNING**