JUL - 8 1998

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT GUNN and LISA GUNN | ) | |
| | ) | |
| V. | ) | 3-95-CV-2831-AH |
| | ) | ENTERED ON DOCKET |
| OLEN MANNING | ) | JUL - 8 1998  PURSUANT |
| | | TO F.R.C.P. RULES |
| JUDGMENT | | 58 AND 79a |

Pursuant to the written consents of the parties, the District Court's order of transfer filed May 16, 1996, and the Agreed Order of Dismissal With Prejudice entered this date,

It is ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice to the right of Plaintiffs to refile the same or any part thereof and all costs are taxed against the respective parties incurring same.

ENTERED this 7th day of July, 1998.

Wm. J. Sanderson Jr.
UNITED STATES MAGISTRATE JUDGE

36